**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| INMOTION IMAGERY TECHNOLOGIES, LLC )<br>)<br>Plaintiff,                )<br>)<br>v.                             )<br>)<br>PENTHOUSE DIGITAL MEDIA )<br>PRODUCTIONS, INC.; BUENA VISTA )<br>HOME ENTERTAINMENT; INC., d/b/a/ )<br>WALT DISNEY STUDIOS HOME )<br>ENTERTAINMENT; NEW LINE HOME )<br>ENTERTAINMENT, INC.; WARNER )<br>BROS. HOME ENTERTAINMENT, INC.; )<br>ANCHOR BAY ENTERTAINMENT, LLC, )<br>MAGNOLIA PICTURES, LLC; THE )<br>WEINSTEIN COMPANY, LLC; VIVID )<br>ENTERTAINMENT GROUP; PHE, INC., )<br>d/b/a/ ADAM & EVE; BANG )<br>PRODUCTIONS, INC.; )<br>DNA MOVIES LLC )<br>)<br>Defendants.            ) | CIVIL ACTION NO.:2:10-cv-00084 |

## <u>NOTICE OF DISMISSAL WITH PREJUDICE</u>

Plaintiff InMotion Imagery Technologies, LLC pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby dismisses all claims in this action WITH PREJUDICE against Defendant Penthouse Digital Media Productions, Inc. ("PDMP").

Dated: August 5, 2010                    Respectfully Submitted,

**INMOTION IMAGERY
TECHNOLOGIES, LLC**

By:  /s/ William E. Davis, III
William E. Davis III
Texas State Bar No. 24047416
**The Davis Firm, PC**

111 West Tyler Street
Longview, Texas 75601
Phone: 903-230-9090
Fax: 903-230-9661

**INMOTION IMAGERY
TECHNOLOGIES, LLC**


## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 5th day of August, 2010.

<u>/s/ William E. Davis, III</u>
William E.  Davis, III