**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| INMOTION IMAGERY TECHNOLOGIES, LLC )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>PENTHOUSE DIGITAL MEDIA )<br>PRODUCTIONS, INC.; BUENA VISTA )<br>HOME ENTERTAINMENT; INC., d/b/a/ )<br>WALT DISNEY STUDIOS HOME )<br>ENTERTAINMENT; NEW LINE HOME )<br>ENTERTAINMENT, INC.; WARNER )<br>BROS. HOME ENTERTAINMENT, INC.; )<br>ANCHOR BAY ENTERTAINMENT, LLC, )<br>MAGNOLIA PICTURES, LLC; THE )<br>WEINSTEIN COMPANY, LLC; VIVID )<br>ENTERTAINMENT GROUP; PHE, INC., )<br>d/b/a/ ADAM & EVE; BANG )<br>PRODUCTIONS, INC.; )<br>DNA MOVIES LLC    )<br>)<br>Defendants.    ) | CIVIL ACTION NO.:2:10-cv-00084 |

**ORDER OF DISMISSAL WITH PREJUDICE**

In consideration of InMotion Imagery Technologies, LLC's Notice of Dismissal With Prejudice of all claims by plaintiff, InMotion Imagery Technologies, LLC against defendant Penthouse Digital Media Productions, Inc.("Penthouse"), it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff against Penthouse are hereby dismissed with prejudice

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 10th day of August, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE