**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| INMOTION IMAGERY TECHNOLOGIES, LLC )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>PENTHOUSE DIGITAL MEDIA )<br>PRODUCTIONS, INC.; BUENA VISTA )<br>HOME ENTERTAINMENT; INC., d/b/a/ )<br>WALT DISNEY STUDIOS HOME )<br>ENTERTAINMENT; NEW LINE HOME )<br>ENTERTAINMENT, INC.; WARNER )<br>BROS. HOME ENTERTAINMENT, INC.; )<br>ANCHOR BAY ENTERTAINMENT, LLC, )<br>MAGNOLIA PICTURES, LLC; THE )<br>WEINSTEIN COMPANY, LLC; VIVID )<br>ENTERTAINMENT GROUP; PHE, INC., )<br>d/b/a/ ADAM & EVE; BANG )<br>PRODUCTIONS, INC.; )<br>DNA MOVIES LLC )<br>  )<br>  Defendants. ) | CIVIL ACTION NO.:2:10-cv-00084 |

**ENTRY OF STIPULATED ORDER OF DISMISSAL**

Advised the parties have resolved this matter, the Court hereby dismisses all claims and causes of action asserted herein by and between Plaintiff and Defendant Magnolia Pictures, LLC with prejudice.

Each party shall bear its own costs and attorneys' fees. This is a final judgment and is appealable.

**AGREED AS TO FORM ONLY:**

THE DAVIS FIRM, PC

By: /s/ William E. Davis, III

William E. Davis, III
Texas State Bar No. 24047416
111 West Tyler Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
bdavis@bdavisfirm.com

Douglas L. Bridges
Georgia State Bar No. 080889
HENINGER GARRISON DAVIS, LLC
1 Glenlake Parkway, Suite 700
Atlanta, Georgia 30328
Telephone: (678) 638-6309
Facsimile: (678) 638-6201
dbridges@hgdlawfirm.com

John F. Ward
John W. Olivo, Jr.
WARD & OLIVO
380 Madison Avenue
New York, New York 10017
Telephone: (212) 697-6262
Facsimile: (212) 972-5866
wardj@wardolivo.com
olivoj@wardolivo.com

Attorneys for Plaintiff
InMotion Imagery Technologies, LLC



CHALKER FLORES, LLP

By: /s/ Scott A. Meyer
(with permission /s/ William E. Davis, III)
Texas State Bar No. 24013162
Thomas G. Jacks
Texas Bar No. 24067681
14951 N. Dallas Parkway, Suite 400
Dallas, Texas 75254
Telephone: (214) 866-0001
Facsimile: (214) 866-0010
smeyer@chalkerflores.com
tjacks@chalkerflores.com

Attorneys for Defendant
Magnolia Pictures, LLC