**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| INMOTION IMAGERY TECHNOLOGIES, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PENTHOUSE DIGITAL MEDIA )<br>PRODUCTIONS, INC.; BUENA VISTA )<br>HOME ENTERTAINMENT; INC., d/b/a/ )<br>WALT DISNEY STUDIOS HOME )<br>ENTERTAINMENT; NEW LINE HOME )<br>ENTERTAINMENT, INC.; WARNER )<br>BROS. HOME ENTERTAINMENT, INC.; )<br>ANCHOR BAY ENTERTAINMENT, LLC, )<br>MAGNOLIA PICTURES, LLC; THE )<br>WEINSTEIN COMPANY, LLC; VIVID )<br>ENTERTAINMENT GROUP; PHE, INC., )<br>d/b/a/ ADAM & EVE; BANG )<br>PRODUCTIONS, INC.; )<br>DNA MOVIES LLC )<br>)<br>Defendants. ) | CIVIL ACTION NO.:2:10-cv-00084 |

**ORDER**

Advised the parties have resolved this matter, the Court hereby dismisses all claims and causes of action asserted herein by and between Plaintiff and Defendant Magnolia Pictures, LLC with prejudice.

Each party shall bear its own costs and attorneys' fees. This is a final judgment and is appealable.

SO ORDERED.

SIGNED this 19th day of May, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE